Mark A. Winsor, Esq. State Bar No. 022099
Winsor & Marco, PLC
One North Macdonald, 5th Floor
Mesa, AZ 85201
Phone: (480) 505-7044
Fax: (480) 383-6975

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:

Toni Lynette Dalton,

                Debtor.

No. 2:08-bk-07838-CGC

Chapter 13

MOTION FOR

HARDSHIP DISCHARGE

Comes now the Debtor, through and by undersigned counsel, and moves for the entry of an Order of Discharge pursuant to 11 U.S.C. §1328(b) despite the debtor's failure to complete payments under the confirmed plan.

In support thereof the Debtor states:

1. "The debtor's failure to complete such payments is due to circumstances for which the debtor should not justly be held accountable", namely the loss of her employment. 11 U.S.C. §1328(b)(1).

2. "The value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the debtor had been liquidated under chapter 7 of this title on such date." 11 U.S.C. §1328(b)(2).

3. "Modification of the plan under section 1329 of this title is not practicable" in that Debtor has no employment, and therefore no income with which to pay her expenses, including any plan payments.   11 U.S.C. §1328(b)(3).

4. Debtor will also surrender her personal residence, located at 847 East Lola Drive, Phoenix, AZ 85022 to its secured creditors because she cannot afford the mortgage payments.

5. The debtor has not claimed any homestead exemption in this case.

6. The debtor has completed, after the filing of this case, the Personal Financial Management course required by 11 U.S.C. §1328(g)(1) and filed the requisite certification on August 26th, 2008.

7. Pursuant to 11 U.S.C. §1328(f), the debtor has not received a discharge in a case filed under chapter 7, 11, or 12 in the 4-year period preceding the date of the order for relief under this chapter and has not received a discharge in a case filed under chapter 13 in the 2-year period preceding the date of such order.

WHEREFORE, Debtor respectfully requests this Court to:

1) Grant a hardship discharge pursuant to 11 U.S.C. § 1328(b).

2) Grant such other and further relief to Debtor that is deemed just and proper.

RESPECTFULLY SUBMITTED this 9th day of July, 2009.

**WINSOR & MARCO, PLC**
By: */s/ Mark A. Winsor*
   Mark A. Winsor, State Bar No. 022099
      Attorney for Debtor

| | |
|---|---|
| 1 | Original filed in Court via ECF |
| 2 | This 9th day of July, 2009. |
| 3 | |
| 4 | **Copy of the foregoing emailed this 9th day of July, 2009, to:** |
| 5 | EDWARD J. MANEY, TRUSTEE |
| 6 | ejm@maney13trustee.com |
| 7 | GE MONEY BANK |
| 8 | c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh |
| 9 | claims@recoverycorp.com<br>gecsedi@recoverycorp.com |
| 10 | rmscedi@recoverycorp.com |
| 11 | ROUNDUP FUNDING LLC |
| 12 | B-LinellcBNCNotifications@blinellc.com |
| 13 | WELLS FARGO HOME MORTGAGE<br>c/o America's Servicing Company |
| 14 | Attn: Shikara L. Day<br>shikara.l.day@wellfargo.com |
| 15 | |
| 16 | |
| 17 | **Copy of the foregoing mailed this 9th day of July, 2009, to:** |
| 18 | EDWARD J. MANEY, TRUSTEE |
| 19 | P.O. Box 10434<br>Phoenix, Arizona 85064 |
| 20 | |
| 21 | BANK OF AMERICA<br>AKA FIA CARD SERVICES |
| 22 | c/o ECAST SETTLEMENT CORP<br>POB 35480 |
| 23 | NEWARK, NJ 07193-5480 |
| 24 | CACH LLC |
| 25 | c/o COLLECT AMERICA LTD<br>4340 S. MONACO PKWY, 2ND FL |
| 26 | DENVER, CO 80237-3408 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | CHASE |
| | 800 BROOKSEDGE BLVD |
| 2 | WESTERVILLE OH 43081-2822 |
| 3 | |
| | GEMB/JCP |
| 4 | c/o ECAST SETTLEMENT CORPORATION |
| | POB 35480 |
| 5 | NEWARK, NJ 07193-5480 |
| 6 | |
| | HFC |
| 7 | PO BOX 1547 |
| | CHESAPEAKE VA 23327 |
| 8 | |
| | HOME OWNER'S ASSOCIATION |
| 9 | C/O TURTLE RUN |
| | PO BOX 12667 |
| 10 | SCOTTSDALE AZ 85267-2667 |
| 11 | |
| | HOUSEHOLD REALTY CORPORATION |
| 12 | 961 WEIGEL DRIVE |
| | ELMHURST, IL 60126-1058 |
| 13 | |
| | HSBC FINANCE CORPORATION |
| 14 | PO BOX 829009 |
| | DALLAS, TX 75382-9009 |
| 15 | |
| 16 | HSBC BANK |
| | PO BOX 5253 |
| 17 | CAROL STREAM IL 60197-5253 |
| 18 | |
| | HSBC BANK |
| 19 | 12447 SW 6TH AVE |
| | TIGARD, ORD 97223-8517 |
| 20 | |
| | INTERNAL REVENUE SERVICE |
| 21 | CENTRALIZED INSOLVENCY OPERATIONS |
| | POB 21126 |
| 22 | PHILADELPHIA, PA 19114-0326 |
| 23 | |
| | WELLS FARGO CARD SERVICES |
| 24 | c/o ECAST SETTLEMENT CORPORATION |
| | POB 35480 |
| 25 | NEWARK, NJ 07193-5480 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | WELLS FARGO BANK<br>PO BOX 5445 |
| 2 | PORTLAND OR 97228-5455 |
| 3 | WELLS FARGO BANK |
| 4 | OVERDRAFT RECOVERY PAYMENT PRO DEPT<br>PO BOX 63491 |
| 5 | SAN FRANCISCO, CA 94163-0001 |
| 6 | WELLS FARGO HOME MORTGAGE<br>8480 STAGECOACH CIR |
| 7 | FREDERICK, MD 21701-4747 |
| 8 | WELLS FARGO HOME MORTGAGE |
| 9 | c/o MARK S. BOSCO<br>TIFFANY & BOSCO P.A. |
| 10 | 2525 EAST CAMELBACK ROAD STE 300<br>PHOENIX AZ, 85016 |
| 11 | |
| 12 | SAN FRANCISCO CA 94163<br>WELLS FARGO HM MORTGAG |
| 13 | 8480 STAGECOACH CIR<br>FREDERICK MD 21701 |
| 14 | ZWICKER AND ASSOCIATES PC |
| 15 | PO BOX 10069<br>SCOTTSDALE AZ 85271 |
| 16 | |
| 17 | By: */s/ Claudia P. Lopez* |