**SO ORDERED.**

Dated: August 05, 2009



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | |
| Toni Lynette Dalton, ) ) | **Chapter 13**<br>**Case No. 2:08-bk-07838-CGC** |
| Debtor. ) ) | |
| ) ) | **ORDER GRANTING MOTION FOR**<br>**HARDSHIP DISCHARGE** |
| ) ) | |

This case is before the court on the debtor's motion for a hardship discharge. After conducting a hearing on the motion, the court finds the relief sought should be granted.

Accordingly, it is ORDERED that the motion for a hardship discharge is granted. The debtor has completed an instructional course concerning personal financial management in accordance with 11 U.S.C. § 1328(g)(1) and filed the requisite certification on August 26th, 2008. The court will proceed to enter a separate discharge order.

_____         _____
Date                            Hon. Charles G. Case II

1